AO 94 (Rev 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Eastern District of California

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER DISTRICT |
|---|---|
| V. | |
| AARON BROWN | Case No. MAG-08-270-KJM |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Eastern District of California | Central District of California | 2:08-mj-270 KJM | 08-1839M |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment ☐ Information ✔ Complaint ☐ Other (specify)

charging a violation of 18 U.S.C. § 1591 (a) (1)

**DISTRICT OF OFFENSE**
Central District of California

**DESCRIPTION OF CHARGES:**

Sex trafficking of children by force, fraud or coercion.

*FILED AUG - 8 2008 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY ___ DEPUTY CLERK*

**CURRENT BOND STATUS:**
☐ Bail fixed at ___ and conditions were not met
✔ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ✔ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ✔ No ☐ Yes Language: ___

**DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

8/8/08 _____
Date United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

brown ctad wpd